# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK F. NANCE,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>AETNA LIFE INSURANCE COMPANY; and DOES 1 to 10, inclusive,<br><br>　　　Defendant. | Case No. CV 18-8717-GW-ASx<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' joint stipulation, this matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs of suit and attorneys' fees

IT IS SO ORDERED.

DATED: July 25, 2019

_____
Honorable George H. Wu
United States District Judge